United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11332-elf |
| Nicole E. Lawler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nicole E. Lawler, 2825 Atlantic Ave, Bensalem, PA 19020-3510 |
| 13682562 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 13682563 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 13744023 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13682564 | # | Atlantic Credit & Finance SFU, PO Box 12966, Roanoke, VA 24030-2966 |
| 14585663 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13682565 | + | Bank of America, 150 N College St, Charlotte, NC 28202-2398 |
| 13740893 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13900849 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13682572 | | FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 13682571 | | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 13682573 | | GE Limited Partnership, PO Box 1545, Houston, TX 77251-1545 |
| 13682574 | | Genoptix Medical Laboratory, PO Box 644828, Pittsburgh, PA 15264-4828 |
| 13715928 | + | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |
| 14081305 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13692458 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13682579 | + | Philadelphia Police & Fire Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13682580 | | Seneca Club Apartments, 18065 Cottage Garden Dr, Germantown, MD 20874-5801 |
| 13682581 | | Silverman Theologou Attorneys, 11200 Rockville Pike Ste 520, North Bethesda, MD 20852-7105 |
| 13682583 | | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 13747760 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 13682584 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13682566 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:53:26 | Best Buy, PO Box 6497, Sioux Falls, SD |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 57117-6497 |
| 13682567 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:55:02 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13690424 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13682569 | Email/Text: GCSBankruptcy@gcserv.com | May 19 2021 01:49:00 | Chase Bank USA, c/o GC Services Limited Partnership, 6330 Gulfton St, Houston, TX 77081-1108 |
| 13682570 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:13 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13682568 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:55:01 | Chase, PO Box 15298, Wilmington, DE 19886-5298 |
| 13682575 | Email/Text: CollectionsDept@jfcu.org | May 19 2021 02:00:00 | Justice Federal Credit Union, 5175 Parkstone Dr Ste 200, Chantilly, VA 20151-3816 |
| 13682582 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 19 2021 01:49:00 | State Farm Bank, PO Box 3298, Milwaukee, WI 53201-3298 |
| 13706246 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 19 2021 01:49:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 13751887 | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 01:55:09 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13682576 | Email/Text: bk@lendingclub.com | May 19 2021 01:59:00 | Lending Club Corp., 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 13722138 | + Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13682578 | Email/PDF: pa_dc_claims@navient.com | May 19 2021 01:51:31 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 13733252 | Email/PDF: pa_dc_claims@navient.com | May 19 2021 01:53:18 | Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 13764412 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:55:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13682584 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2021 01:58:00 | U.S. Bank, PO Box 108, Saint Louis, MO 63166-0108 |
| 13682585 | Email/Text: bnc@alltran.com | May 19 2021 01:49:00 | United Recovery System, 5800 N Course Dr, Houston, TX 77072-1613 |
| 13682586 | Email/Text: bnc@alltran.com | May 19 2021 01:49:00 | United Recovery Systems, PO Box 722929, Houston, TX 77272-2929 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14027520 | *+ | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |
| 13682577 | ## | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA Z. GOLDBLUM | on behalf of Debtor Nicole E. Lawler jgoldblum@lasp.org |
| MICHAEL P. KELLY | on behalf of Debtor Nicole E. Lawler mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Nicole E. Lawler

    Debtor(s)

Bankruptcy No: 16−11332−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 5/18/21

74 − 73
Form 138_new